UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eva Magdalena Chalco Chango ex rel. Carlos Anibal Chalco-Beltran, <br><br> Petitioner, <br><br> -against- <br><br> LaDeon Francis, Kristi Noem, Pam Bondi <br><br> Respondents. | 25-CV-9205 ( ALC ) <br><br> ORDER TO ANSWER, 28 U.S.C. § 2241 |

ANDREW L. CARTER, JR., United States District Judge:

Petitioner, who is detained at 26 Federal Plaza, New York, NY 10278 brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petition was filed on behalf of Petitioner by Eva Magdalena Chalco Chango, Petitioner's sister.[1]

The Court, having examined the petition pursuant to 28 U.S.C. § 2241, filed on behalf of Carlos Anibal Chalco-Beltran, hereby ORDERS that:

---

[1] A petition for a writ of *habeas corpus* may be brought either "by the person for whose relief it is intended or by someone acting in his [or her] behalf." 28 U.S.C. § 2242. When the petition is brought by a person other than the one seeking relief, the "next friend" must demonstrate that he or she has standing to act on the person's behalf.

> First a "next friend" must provide an adequate explanation—such as inaccessibility, mental incompetence, or other disability—why the real party in interest cannot appear on his own behalf to prosecute the action. [Citations omitted.] Second, the "next friend" must be truly dedicated to the best interests of the person on whose behalf he seeks to litigate, [citations omitted] and it has been further suggested that a "next friend" must have some significant relationship with the real party in interest.

*Whitmore v. Arkansas*, 495 U.S. 149, 163-64 (1990) (citations omitted). "Although a significant relationship with the real party in interest is *relevant* to the appointment of a next friend, it is neither required nor dispositive." *Doe v. Hochul*, 139 F.4th 165, 178 (2d Cir. 2025) (emphasis in original)).

**The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.**

The Court directs Respondents to notify the Court promptly of the location where Petitioner is detained and to continue promptly to update the Court of any change of location.

**To preserve the Court's jurisdiction pending a ruling on the petition, petitioner shall not be removed from the United States or moved out of the territory of the Southern District of New York unless and until the Court orders otherwise.** *See, e.g., Kuprashvili v. Flanagan*, No. 25-CV-5268 (PAE) (S.D.N.Y. June 30, 2025) (collecting cases staying removal to maintain the status quo).

The U.S. Attorney's Office shall file an answer or other pleadings in response to the petition on or before November 17, 2025.

The Court will conduct a telephone status conference for all Parties on November 20, 2025 at 2 pm. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

SO ORDERED.

Dated:
New York, New York

ANDREW L. CARTER, JR.
United States District Judge

11/4/25