UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
**CHALCO-BELTRAN**

                         Petitioner,

         -against-                                    1:25-cv-09205-ALC

**FRANCIS ET AL.,**                                   <u>ORDER</u>

                       Respondents.

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court ORDERS a telephone status conference in this action on **November 7, 2025 at 4 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

       The Government is ORDERED to make Mr. Carlos Anibal Chalco-Beltran available by telephone for the purpose of participating in a telephonic conference with the Court and Respondents.

       The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

**SO ORDERED.**

**Dated:**   November 5, 2025
          New York, New York                        **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**