```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-10-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

CARLOS ANIBAL CHALCO-BELTRAN,

                     *Plaintiff*,

              -v.-

LaDEON FRANCIS, in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement, et al.,

                    *Defendants*.

------------------------------------------------------------------- x

1:25-CV-9205 (ALC)(OTW)

CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action today at 4:00 p.m.

All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#).

**SO ORDERED.**

**Dated:** New York, New York
November 10, 2025

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**