UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
    CHALCO CHANGO                         :

                        **Plaintiff,**    :    1:25-cv-09205 (ALC)

        -against-                     :    <u>ORDER</u>

    FRANCIS ET AL.                    :

                      **Defendant.**  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

As stated during the November 10, 2025 telephonic conference, the Government's response to both the Second Amended Petition and Motion for a Preliminary Injunction is due on **November 13, 2025**; any reply from Petitioner is due on **November 14, 2025**.

The Government is ORDERED to keep the Court apprised of Mr. Chalco's condition, access to accommodations for his disability (including but not limited to his cane and a text to audio device for reading), and access to the telephone. The Government is ORDERED to update the Court about general conditions and safety at Orange County Jail in Goshen, NY as well as a potential transfer to Delaney Hall Detention Facility in Newark, NJ, where Mr. Chalco's son is detained. These updates must be filed in a letter by **November 13, 2025.**

The Parties (attorneys only) should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on **November 18, 2025 at 9:30 AM**.

**SO ORDERED.**

**Dated:** November 10, 2025

      **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**