UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CHALCO CHANGO

                           Plaintiff,    :   1:25-cv-09205 (ALC)

       -against-                      :   <u>ORDER</u>

FRANCIS ET AL.

                        Defendant.

-----------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

       The Court is in receipt of Petitioner's Motion for a Temporary Restraining Order Seeking Immediate Release. ECF No. 25. However, at this time, the Court DENIES the request for release today.

       The Government is ORDERED to respond to the new allegations in Petitioner's Motion for a TRO by Monday November 17, 2025. The Government is reminded of its continuing obligation to keep the Court apprised of Mr. Chalco's condition, etc. as detailed in the November 12, 2025 Order. ECF No. 19.

SO ORDERED.

Dated:  November 14, 2025
          New York, New York

                                                   ANDREW L. CARTER, JR.
                                                   United States District Judge