UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
CHALCO CHANGO                                                  :
:
                               Plaintiff,  :  1:25-cv-09205 (ALC)
:
      -against-                                               :
:  ORDER
:
FRANCIS ET AL.                                                 :
:
                            Defendant.   :
:
---------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       On November 17, 2025, the Government filed a letter that ICE released Mr. Chalco. ECF No. 29. The November 18, 2025 conference is cancelled. The Parties are ordered to file a joint letter by November 20, 2025 addressing whether the petition is moot.

SO ORDERED.

Dated: November 18, 2025
New York, New York

                                                          ANDREW L. CARTER, JR.
                                                          United States District Judge