UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chalco Chango<br><br>                          Petitioner,<br><br>          -against-<br><br>Francis et al.<br><br>                          Respondents. | 25-CV-9205 ( ALC )<br><br>ORDER |

ANDREW L. CARTER, JR., United States District Judge:

On November 20, 2025, Petitioner and Respondents filed a joint letter addressing whether the Petition is moot in light of Mr. Chalco Chango's release by ICE on November 16, 2025. In the letter, Petitioner wrote that Respondents have failed to return all of his personal items, including $755.00 and his employment authorization document. Respondents do not oppose an Order returning all of Petitioner's personal items.

Pursuant to this Court's authority under the All Writs Act, the Court HEREBY ORDERS that: Respondents shall promptly return to Petitioner any of his personal items or property still in their custody, including but not limited to Petitioner's employment authorization document and the $755.00 that was in his possession at the time of his arrest on November 4, 2025.

Petitioner states that the matter is not moot given Respondents' lack of a promise to not re-detain him. Petitioner has an upcoming check-in at 26 Federal Plaza on December 17, 2025. See Petitioner's Exhibit B. Given this, the Court ORDERS full briefing of the mootness issue. Respondents' brief is due by December 2, 2025, Petitioner's Opposition by December 9, 2025, and any reply is due by December 12, 2025.

SO ORDERED.

Dated:   November 24, 2025
               New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge